**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAUNTE STYLES & NADESHA GRANT, *individually and on behalf of all others similarly situated*, | 1:24-cv-04043-JMF |
| Plaintiffs, | Hon. Jesse M. Furman |
| - against - | **NOTICE OF VOLUNTARY DISMISSAL** |
| BROWN-FORMAN CORPORATION, | |
| Defendant. | |

Plaintiffs give notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    July 1, 2024

Respectfully submitted,

SHEEHAN & ASSOCIATES, P.C.
/s/ Spencer Sheehan

The Clerk of Court is directed to close this case.

Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

SO ORDERED.

July 2, 2024

**Certificate of Service**

I certify that on July 1, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan

2